UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OPERATING ENGINEERS LOCAL 324
HEALTH CARE PLAN, et al.,

       Plaintiffs,                        Case No. 10-10645
                                               HON. BERNARD A. FRIEDMAN
vs.

B & W SPECIALIZED DRILLING, INC., et al.,

       Defendants.
_____/

## ORDER STRIKING JUDGMENT [D.E. 25]

On April 22, 2010, the Court entered a Judgment Establishing Defendants' Liability And Ordering An Audit Regarding Damages. [D.E. 25]. The Order was entered prematurely, as the parties have yet to complete an additional conference before the Court, set for May 5, 2010.

Accordingly,

IT IS ORDERED that the Judgment Establishing Defendants' Liability And Ordering An Audit Regarding Damages [D.E. 25] is STRICKEN.

DATED: May 4, 2010                                    s/Bernard A. Friedman
                                                                     BERNARD A. FRIEDMAN
                                                                       UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on May 4, 2010.

                                                                      s/Deborah J. Goltz
                                                                       DEBORAH J. GOLTZ
                                                                       Case Manager