UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OPERATING ENGINEERS LOCAL 324
HEALTH CARE PLAN, *et al*,

    Plaintiffs,

Case No. 10-10645
Honorable BERNARD A. FRIEDMAN

v.

B&W SPECIALIZED DRILLING, INC., a foreign
corporation, and THOMAS K. WITHEROW and
HOLLY K. WITHEROW, jointly and severally,

    Defendants.
_____/

## JUDGMENT

This matter has come before the Court on Plaintiffs' Motion for Default Judgment pursuant to Fed.R.Civ.P.55(b)(2). An audit was conducted following submission of Plaintiffs' motion, and a hearing was held on May 5, 2010. This Court finds that the Plaintiffs' are entitled to the relief requested in their motion. Effective 45-days from May 5, 2010, plaintiffs are hereby AWARDED judgment against all Defendants, jointly and severally, in the amount of **$27,611.61**, representing the sum of $32,496.02 as summarized in the audit, minus a $6,434.41 credit (for a payment made by the defendant following the audit but before this hearing), plus $350 in filing fees, $180.00 in service of process fees, and $1,020.00 in attorney's fees.

DATED: June 23, 2010

s/Bernard A. Friedman
BERNARD A. FRIEDMAN
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

       The undersigned certifies that the foregoing document was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on June 23, 2010.

                                                s/Deborah J. Goltz for Carol Mullins
                                                Case Manager